## THE HAMM BREWING CO. v. WIGGAM.

(Opinion filed January 31, 1912.)

On rehearing. Former opinion, 27 S. D. 613, 132 N. W. 270, affirmed.

*Gaffy, Stephens & Fuller,* for appellant.. *John A. Holmes,* for respondent.

SMITH, J. This case is before us on rehearing. The original opinion is reported in 17 S. D. 613, 132 N. W. 270. Upon reargument, and a careful review of the case, we are. inclined to adhere to our former decision.

The judgment and order of the trial court are reversed, and a new trial granted.

CORSON, J., concurs in the result. WHITING and HANEY, JJ., dissent.